UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ANTONIO BOYD #488990 | DOCKET NO. 1:22-CV-00529, SEC P |
| VERSUS | JUDGE DRELL |
| MARCUS MYERS | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 13), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (ECF No. 1) is DENIED and DISMISSED with prejudice.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The Court, after considering the record in this case and the standard set forth in 28 U.S.C. § 2253, HEREBY DENIES a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

THUS, DONE AND SIGNED at Alexandria, Louisiana, this 15th day of May 2023.

                                                         DEE D. DRELL, SENIOR JUDGE
                                                         UNITED STATES DISTRICT COURT